**SO ORDERED.**

**SIGNED April 29, 2019.**



_____
**JOHN W. KOLWE**
**UNITED STATES BANKRUPTCY JUDGE**
_____

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF LOUISIANA

IN RE:  HAROLYN ALISHA CADY SMITH                                                    CASE NO: 18-20391
<u>**EX PARTE ORDER OF DISMISSAL**</u>

      Considering the fact that per the court's signed order dated April 4, 2019, the debtor was ordered to convert the case to a Chapter 7 within 20 days from the order date of April 4, 2019.  As of the date of this order, the debtor has failed to convert the case to a Chapter 7 within the time frame given on April 4, 2019.

      **IT IS ORDERED** that pursuant to 1 1 U.S.C. Section 503(b) the attorney fees of counsel were reasonable, necessary and of benefit to the Debtor in this case and are considered an administrative expense and the trustee is authorized to pay Debtor(s)' counsel an amount not to exceed that which is sought as a fee in this case , as reflected by the statement filed pursuant to 1 1 U.S.C. Section 329 and Rule 2016, Federal Rules of Bankruptcy Procedure.

**IT IS FURTHER ORDERED** that the Chapter 13 case be and the same is hereby dismissed; and that after all funds have been disbursed, the above account be closed.

**IT IS FURTHER ORDERED** that the Order directed to the employer/debtor to turn over to the Trustee a portion of wages of the debtor(s) is hereby revoked and rescinded.

**IT IS FURTHER ORDERED** that the provisions of 11 U.S.C. Sec. 362(A) and 11 U.S.C. Sec. 1301 staying certain acts and proceedings against debtor(s) and his/her or their property and against certain co-debtors are no longer in effect .

**IT IS FURTHER ORDERED** that the notice be sent to all creditors that the Chapter 13 case was dismissed , and that creditors should now look directly to the debtor (s) for satisfaction of any balances owing upon their claim.

                                                        ###

This order was prepared and is being submitted by:
Keith A. Rodriguez/**ng**
Standing Chapter 13 Trustee
PO Box 3445
Lafayette, LA   70502-3445
337-233-4413